**Plaintiff's Exhibits**

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| 1 | | | Proof of payment of NYC tickets |
| 2 | | | Freeport Police Department Motor Vehicle Impound Worksheet |
| 3 | | | Non-Stop Receipt |
| 4 | | | Registration History of Vehicle |
| 5 | | | Freeport Police Release Authorization - Muir |
| 6 | | | Freeport Village Court Case History Report |
| 7 | | | Freeport Police Impound Release Procedure Form |
| 8 | | | Michael Smith E-mail to all sworn personal |
| 9 | | | Vehicle Release Instructions |
| 10 | | | Freeport General Order # 21F |
| 11 | | | Deposition Transcript of Joseph Calvagno |
| 12 | | | Deposition Transcript of Kevin Case |
| 13 | | | 2018 Annual Report |

**<u>Plaintiff's Exhibits</u>**

| Exhibit | Date M | Date in E | Description |
|---|---|---|---|
| 14 | | | Deposition Transcript of Michael Smith |
| 15 | | | Deposition Transcript of Michael Williams |
| 16 | | | Uniform Traffic Ticket C957GBVZXD dated 1/22/2023, with Supporting Deposition. |
| 17 | | | Uniform Traffic Ticket C957GBW0X5 dated 1/22/2023, with Supporting Deposition. |
| 18 | | | Uniform Traffic Ticket C957GBW11B dated 1/22/2023, with Supporting Deposition. |